NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LASHIFY, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**QINGDAO HOLLYREN COSMETICS CO. LTD., dba Hollyren, QINGDAO XIZI INTERNATIONAL TRADING CO., LTD., dba Xizi Lashes, QINGDAO LASHBEAUTY COSMETIC CO., LTD., dba Worldbeauty, KISS NAIL PRODUCTS, INC., ULTA SALON, COSMETICS & FRAGRANCE, INC., WALMART, INC., CVS PHARMACY, INC., ARTEMIS FAMILY BEGINNINGS, INC., dba Lilac St., ALICIA ZENG,**
*Intervenors*

---

2023-1245

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1226.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Lashify, Inc.'s motion to waive the 15 unique word redaction limit under Federal Circuit Rule 25.1(d)(1)(A), including redactions for "certain information designated by the Intervenors as confidential business information in the ITC investigation," Mot. at 2,

IT IS ORDERED THAT:

Within seven days of the date of filing of this order, the respective Intervenors are directed to file responses explaining why those redactions are "appropriate and necessary" and "provid[ing] reasons and/or legal citations for each source of information sought to be marked as confidential," Fed. Cir. R. 25.1(d)(3)(A).

FOR THE COURT

July 20, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court