NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LASHIFY, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**QINGDAO HOLLYREN COSMETICS CO. LTD., DBA HOLLYREN, QINGDAO XIZI INTERNATIONAL TRADING CO., LTD., DBA XIZI LASHES, QINGDAO LASHBEAUTY COSMETIC CO., LTD., DBA WORLDBEAUTY, KISS NAIL PRODUCTS, INC., ULTA SALON, COSMETICS & FRAGRANCE, INC., WALMART, INC., CVS PHARMACY, INC., ARTEMIS FAMILY BEGINNINGS, INC., DBA LILAC ST., ALICIA ZENG,**
*Intervenors*

---

2023-1245

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1226.

---

**SUA SPONTE**

---

Before PROST, TARANTO, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The court notes that the opinion issued in this case, *Lashify, Inc. v. International Trade Commission*, 130 F.4th 948 (Fed. Cir. 2025), misstates one standard of review. At 130 F.4th at 964—page 27 of the court-issued version—the opinion states: "We review the Commission's claim construction without deference and its underlying factual findings for clear error. *See Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.*, 574 U.S. 318, 332 (2015)." The statement and citation should be altered to state: "We review the Commission's claim construction without deference and its underlying factual findings for substantial evidence. *See Kyocera Senco Industrial Tools Inc. v. International Trade Commission*, 22 F.4th 1369, 1378 (Fed. Cir. 2022)." That alteration changes nothing about the case-specific analysis set forth or result reached in the opinion.

Accordingly,

IT IS ORDERED THAT:

The mandate is recalled for the limited purpose of correcting a misstatement in the opinion issued on March 5, 2025. The opinion's statement—"We review the Commission's claim construction without deference and its underlying factual findings for clear error. *See Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.*, 574 U.S. 318, 332 (2015)."—is changed to read—"We review the Commission's claim construction without deference and its underlying factual findings for substantial evidence. *See Kyocera*

*Senco Industrial Tools Inc. v. International Trade Commission*, 22 F.4th 1369, 1378 (Fed. Cir. 2022)."[1]

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

February 4, 2026
Date

[1] After issuance of the order, the mandate will issue forthwith.